# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN WASSON,<br><br>　　Plaintiff,<br><br>v.<br><br>ARCPE HOLDING, LLC, SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, and John Does 1-3,<br><br>　　Defendants. | Case No. 1:21-cv-_____ |

## NOTICE OF REMOVAL

COME NOW, ARCPE Holding, LLC ("ARCPE") and Servis One, Inc. d/b/a BSI Financial Services ("Servis One") (ARCPE and Servis One are sometimes referred to collectively as "Defendants"), Defendants in the above-styled civil action, and files this Notice of Removal, hereby removing this action to the United States District Court for the Northern District of Georgia, Atlanta Division. Defendants state the following grounds in support of removal:

1.　On October 15, 2021, Kevin Wasson (the "Plaintiff") filed his Complaint against Defendants in the Superior Court of Fulton County, Georgia. This case is styled as *Wasson v. ARCPE Holding, LLC et al.* and was assigned Case No.

1

2021CV355724 (the "State Court Action"). True and correct copies of all filings to date in the State Court Action are, collectively, attached hereto as **Exhibit "A"**.

2. ARCPE was served with process on October 28, 2021. BSI was served with process on November 11, 2021. As such, removal is timely under 28 U.S.C. § 1446(b)(1).

3. The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Fulton County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

4. This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 81(c). In compliance with 28 U.S.C. § 1446(d), Defendants will, upon docketing of the Notice of Removal in this Court, file a copy of the Notice of Removal with the Clerk of the Superior Court of Fulton County, Georgia.

## DIVERSITY JURISDICTION

5. The basis for this removal and federal court jurisdiction is that this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), because this is a suit between citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. The Plaintiff is a resident of and domiciled in Georgia. *See, e.g.* Compl., ¶ 1. The Complaint states that the Plaintiff owns the property located at 2851 Summit

Parkway, Atlanta, Georgia 30331 ("Property"). *Id.* Upon information and belief, this is the Plaintiff's principal residence, and he is domiciled in Georgia. This is evidenced by the fact that the Property address is listed as the Plaintiff's mailing address with the Fulton County Board of Assessors. A true and correct copy of the record of the Fulton County Board of Assessors is attached hereto as **Exhibit "B"**. The Plaintiff also identifies himself on the internet as the President and CEO of Nivek Management, which identifies its offices as being in "Atlanta, GA, 30331 USA". *See* https://www.kreativekoncepts247.com/about. Thus, the Plaintiff is a citizen of Georgia for purposes of diversity jurisdiction.

7. ARCPE is a Florida limited liability company with one member, John Olsen. Mr. Olsen is a resident of and domiciled in Florida. Thus, ARCPE is a citizen of Florida for purposes of diversity jurisdiction.

8. Servis One is a Delaware corporation with its principal place of business in Texas. Thus, Servis One is a citizen of Delaware and Texas for purposes of diversity jurisdiction.

9. The Complaint also names John Does 1-3 as Defendants. However, "[i]n determining whether a civil action is removable on the basis of jurisdiction under section 1332(a) of [title 28], the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

10. The Plaintiff seeks a joint and several judgments against the Defendants for at least $282,000.00. *See* Compl., ¶ 29; p. 7 (Wherefore clause).

11. Because the Plaintiff and Defendants are completely diverse and the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendants pray that the State Court Action proceed in this Court as an action properly removed, and that no further proceedings be had in said State Court Action.

Respectfully submitted, this 22nd day of November 2021.

> */s/ Bret J. Chaness*
> BRET J. CHANESS (GA Bar No. 720572)
> **RUBIN LUBLIN, LLC**
> 3145 Avalon Ridge Place, Suite 100
> Peachtree Corners, GA 30071
> (678) 281-2730 (Telephone)
> (470) 508-9203 (Facsimile)
> bchaness@rlselaw.com
>
> *Attorney for ARCPE Holding, LLC and Servis One, Inc. d/b/a BSI Financial Services*

## FONT CERTIFICATION

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 22nd day of November, 2021.

                                            */s/ Bret J. Chaness*
                                            BRET J. CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 22nd day of November 2021, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Collin D. Hatcher
King, Yaklin & Wilkins, LLP
192 Anderson Street, Suite 125
Marietta, GA 30060

                                      */s/ Bret J. Chaness*
                                      BRET J. CHANESS (GA Bar No. 720572)