# EXHIBIT "B"

PARID: 14F0140 LL2110  
WASSON KEVIN L                                                                                                   2851 SUMMIT PKWY

## Parcel

| | |
|---|---|
| Parcel ID: | 14F0140 LL2110 |
| Property Location: | 2851 SUMMIT PKWY |
| Unit: | |
| City: | SOUTH FULTON |
| Neighborhood: | 9684 |
| Improvement Strata: | R1 |
| Property Class: | R3 |
| Land Use Code: | 101-Residential 1 family |
| Living Units: | 1 |
| Acres: | .391 |
| Zoning: | CUP- |
| Location | 6 |
| Fronting: | 9 - 9 |
| Parking Type: | 3-ON AND OFF STREET |
| Parking Quantity: | 2 |
| Street 1/Street 2: | 1-Paved/- |
| Topo 1/Topo2/Topo3: | 1-LEVEL/-/- |
| Util1/Util2/Util3: | 1-ALL PUBLIC/8-ALL UNDERGROUND/- |

## Legal

| | |
|---|---|
| Tax District | 55 |

## Owners

| | |
|---|---|
| Owners: | WASSON KEVIN L |

## Mailing Address

| Address | FUL Exmp Code | ATL Exmp Code |
|---|---|---|
| WASSON KEVIN L<br>2851 SUMMIT PKWY<br>ATLANTA GA 30331 | | |