# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN WASSON,<br><br>    Plaintiff,<br><br>v.<br><br>ARCPE HOLDING, LLC, SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, AND JOHN DOES 1-3,<br><br>    Defendants. | Case No. 1:21-CV-04805-TWT |

## JOINT MOTION TO STAY
## DISCOVERY AND PRETRIAL DEADLINES

COME NOW, Kevin Wasson ("Plaintiff"), ARCPE Holding, LLC ("ARCPE") and Servis One, Inc. d/b/a BSI Financial Services ("BSI") (ARCPE and BSI are collectively the "Defendants"), and respectfully move this Court for an order staying all discovery and pretrial deadlines until such time that the Court considers and renders a decision regarding the Defendants' Motion to Dismiss [Doc. 3]. In support of this Motion, the Parties state as follow:

1.  This case was filed on October 15, 2021, and removed to this Court on November 22, 2021. [Doc. 1].

1

2. On November 23, 2021, Defendants filed a Motion to Dismiss under Rule 12(b)(6), seeking to have all claims in the Complaint dismissed. [Doc. 3]. This motion is still pending, and the Plaintiff obtained an extension of time to respond to the Motion until January 7, 2022. [Doc. 6]. No response has been filed yet.

3. The Plaintiffs and Defendant consent to staying all pretrial deadlines imposed by LR 16, LR 26, and Fed. R. Civ. P. 26 pending a decision on the Motion to Dismiss.

WHEREFORE, the Parties pray for the following relief:

(a) That this Court stay all discovery and pretrial deadlines until such time that it has considered and rendered a decision regarding the Defendants' Motion to Dismiss [Doc. 3]; and

(b) For such other and further relief as this Court deems just and proper.

Respectfully submitted, this 28th day of December, 2021.

| **KING, YAKLIN & WILKINS, LLP** | **RUBIN LUBLIN, LLC** |
|---|---|
| *Attorneys for Plaintiff Kevin Wasson* | *Attorney for Defendants* |
| /s/ Collin D. Hatcher (by BJC w/ permission) | /s/ Bret J. Chaness |
| Collin D. Hatcher | Bret J. Chaness |
| Georgia Bar No. 926248 | Georgia Bar No. 720572 |
| 192 Anderson Street | 3145 Avalon Ridge Place |
| Suite 125 | Suite 100 |
| Marietta, Georgia 30060 | Peachtree Corners, GA 30071 |
| (770) 424-9235 | (678) 281-2730 |
| (770) 424-9239 facsimile | (470) 508-9203 facsimile |

chatcher@kingyaklin.com                                    bchaness@rlselaw.com

## **FONT CERTIFICATION**

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B). This 28th day of December, 2021.

                                         */s/ Bret J. Chaness*
                                         BRET J. CHANESS (GA Bar No. 720572)

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 28th day of December, 2021, filed the within and foregoing by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)