IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN WASSON,<br><br>      Plaintiff,<br><br>v.<br><br>ARCPE HOLDING, LLC, SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, AND JOHN DOES 1-3,<br><br>      Defendants. | Case No. 1:21-CV-04805-TWT |

### CONSENT ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES

This matter is before the Court upon the Motion to Stay Discovery and Pretrial Deadlines (the "Motion to Stay") filed jointly by Plaintiff Kevin Wasson and Defendants ARCPE Holding, LLC ("ARCPE") and Servis One, Inc. d/b/a BSI Financial Services ("BSI") (ARCPE and BSI are collectively the "Defendants"). The Plaintiff and Defendants have requested that this Court stay the discovery period and all other pretrial deadlines imposed by Fed. R. Civ. P. 26, LR 16, and LR 26 (N.D. Ga.), pending a decision on their Motion to Dismiss [Doc. 3].

The Court has reviewed the Motion to Stay, the complete record in this matter, and the applicable law, and finds that it is appropriate to stay discovery and pretrial deadlines, pending a decision on the Motion to Dismiss. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) ("Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief should [ ] be resolved before discovery begins"). Accordingly, the Motion to Stay is hereby **GRANTED**. All discovery and other pretrial deadlines imposed by Fed. R. Civ. P. 26 and Local Rules 16 and 26 (N.D. Ga.) are **STAYED** pending a decision by this Court on Defendants' Motion to Dismiss [Doc. 3]. Should the Motion to Dismiss be denied in any part, the Parties shall file a Joint Preliminary Report and Discovery Plan within 30 days of entry of the Order on the Motion to Dismiss.

**SO ORDERED**, this  30th  day of   December  , 2021.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2

**CONSENTED TO:**

| | |
|---|---|
| **KING, YAKLIN & WILKINS, LLP** | **RUBIN LUBLIN, LLC** |
| *Attorneys for Plaintiff Kevin Wasson* | *Attorney for Defendants* |
| /s/ Collin D. Hatcher (by BJC w/ permission) | /s/ Bret J. Chaness |
| Collin D. Hatcher | Bret J. Chaness |
| Georgia Bar No. 926248 | Georgia Bar No. 720572 |
| 192 Anderson Street | 3145 Avalon Ridge Place |
| Suite 125 | Suite 100 |
| Marietta, Georgia 30060 | Peachtree Corners, GA 30071 |
| (770) 424-9235 | (678) 281-2730 |
| (770) 424-9239 facsimile | (470) 508-9203 facsimile |
| chatcher@kingyaklin.com | bchaness@rlselaw.com |