## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KEVIN WASSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ARCPE HOLDING, LLC, SERVIS )<br>ONE, INC. and John Does 1-3, )<br>)<br>    Defendants. )<br>_____ ) | CIVIL ACTION FILE NUMBER<br>1:21-cv-04805 |

### PLAINTIFF KEVIN WASSON'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW,** Kevin Wasson, Plaintiff in the above-styled action, and responds to Defendants' Motion to Dismiss by stating that his Complaint states a plausible claim for relief against Defendants for tortious interference with contract, negligence, breach of contract, and attorneys' fees. If the Court disagrees, then Wasson respectfully moves pursuant to Fed. R. Civ. P. 15 for leave to file an Amended Complaint.

In support of the foregoing, Wasson is contemporaneously filing his Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of his Motion for Leave to Amend Complaint.

1

**WHEREFORE,** Wasson respectfully requests the Court deny Defendants' Motion to Dismiss, or in the alternative, grant him leave pursuant to Fed. R. Civ. P. 15 to file an Amended Complaint.

Respectfully submitted, this 7th day of January, 2022.

                                        **KING, YAKLIN & WIKLINS, LLP**

                                        /s/ Collin D. Hatcher
                                        Collin D. Hatcher
                                        Georgia Bar No: 926248
                                        *Attorney for Plaintiff*

192 Anderson Street
Suite 125
Marietta, Georgia 30060
(770) 424-9235 (telephone)
(770) 424-9239 (facsimile)
chatcher@kingyaklin.com

## FONT CERTIFICATION

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 7th day of January, 2022.

                                       **KING, YAKLIN & WIKLINS, LLP**

                                       /s/ Collin D. Hatcher
                                       Collin D. Hatcher
                                       Georgia Bar No: 926248
                                       *Attorney for Plaintiff*

192 Anderson Street
Suite 125
Marietta, Georgia 30060
(770) 424-9235 (telephone)
(770) 424-9239 (facsimile)
chatcher@kingyaklin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed the within and foregoing via CM/ECF, which will electronically serve notice on all parties.

This 7th day of January, 2022.

                                                  **KING, YAKLIN & WIKLINS, LLP**

                                                  /s/ Collin D. Hatcher
                                                  Collin D. Hatcher
                                                  Georgia Bar No: 926248
                                                  *Attorney for Plaintiff*

192 Anderson Street
Suite 125
Marietta, Georgia 30060
(770) 424-9235 (telephone)
(770) 424-9239 (facsimile)
chatcher@kingyaklin.com