IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Kevin Wasson,

    Plaintiff,

      v.

ARCPE Holding, LLC, Servis One, Inc. d/b/a BSI Financial Services, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:21-CV-4805-TWT

**OPINION AND ORDER**

This case arises from a failed home sale. It is before the Court on the Defendants' Motion to Dismiss [Doc. 3]. The Defendants' Motion to Dismiss [Doc. 3] is DENIED as moot in light of the Amended Complaint [Doc. 17].

SO ORDERED, this   1st   day of June, 2022.

THOMAS W. THRASH, JR.
United States District Judge