# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KEVIN WASSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION FILE** |
| vs. : | **NO. 1:21-CV-4805-TWT** |
| : | |
| **ARCPE HOLDING, LLC,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## CONSENT ORDER SUBSTITUTING COUNSEL

THERE CAME BEFORE THE COURT the Consent Motion to Substitute Counsel and it appearing to the Court that the parties hereto agree, it is therefore ORDERED that

Mark A. Baker, and McMichael Taylor Gray, LLC, is hereby substituted for Bret Chaness, and Rubin Lublin, LLC, as attorney of record for Servis One, Inc. d/b/a BSI Financial Services in the above-referenced case.

SO ORDERED, this __20th__ day of December, 2022.

THOMAS W. THRASH, JR.
United States District Judge