IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KEVIN WASSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ARCPE HOLDING, LLC, SERVIS** )<br>**ONE, INC.** *d/b/a* **BSI FINANCIAL** )<br>**SERVICES, and John Does 1-3,** )<br>)<br>**Defendants.** )<br>_____ ) | **CIVIL ACTION FILE NUMBER**<br>**1:21-cv-04805-TWT** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW**, Plaintiff Kevin Wasson and Defendants ARCPE Holding, LLC and Servis One, Inc. d/b/a BSI Financial Services (collectively, the "Parties") by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss the above-styled action with all parties to bear their own fees and costs.

Stipulated to this 21st day of February, 2023.

| | |
|---|---|
| **KING, YAKLIN & WILKINS, LLP**<br>*Attorneys for Plaintiff*<br><br>/s/Collin D. Hatcher<br>Collin D. Hatcher<br>Georgia Bar No.: 926248<br>192 Anderson Street, Suite 125<br>Marietta, Georgia 30060<br>770-424-9235 office<br>770-424-9239 facsimile<br>chatcher@kingyaklin.com | **MCLAIN MERRITT, PC**<br>*Attorney for Defendant ARCPE*<br><br>/s/Brett Michel-Schiff Ledermeier*<br>Brett Michael-Schiff Ledermeier<br>Georgia Bar No.: 600906<br>11625 Rainwater Drive, Suite 125<br>Alpharetta, Georgia 30009<br>770-200-7000<br>bledermeier@mmatllaw.com<br>*with express permission by Collin Hatcher |

**MCMICHAEL TAYLOR GRAY, LLC**
*Attorney for Defendant BSI*

/s/ Mark A. Baker*
Mark A. Baker
Georgia Bar No.: 033840
3550 Engineering Drive, Suite 260
Peachtree Corners, Georgia 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
mbaker@mtglaw.com
*with express permission by Collin Hatcher

## **CERTIFICATE OF SERVCIE**

I hereby certify that on this day, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to counsel of record:

Brett Michael-Schiff Ledermeier - bledermeier@mmatllaw.com

Mark A. Baker – mbaker@mtglaw.com

The Plaintiff's counsel also certifies that this document was prepared in Times New Roman 14 point and complies with LR 5.1.C.

This 21st day of February, 2023.

                                        **KING, YAKLIN & WILKINS, LLP**
                                        *Attorneys for Plaintiff*

                                        /s/ Collin D. Hatcher
                                        Collin D. Hatcher
                                        Georgia Bar No.: 926248

192 Anderson Street, Suite 125
Marietta, Georgia 30060
770-424-9235 office
770-424-9239 facsimile
chatcher@kingyaklin.com